■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DARYL RUCKER, Appellant, v HAROLD GRAHAM, as Superintendent of Auburn Correctional Facility, Respondent. [845 NYS2d 210]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Peter E. Corning, A.J.), entered October 26, 2006 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Gorski, Lunn, Peradotto and Green, JJ.